**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Adam DeBow, SBN 305809
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendant, COUNTY OF BUTTE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY ROTHSTEIN, | |
| Plaintiff, | CASE NO.: 2:16-cv-00918-TLN-CMK |
| v. | **JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| COUNTY OF BUTTE; SHANNON JENNINGS, Butte County Correctional Officer; TIMOTHY HILL, former Butte County Correctional Officer; Butte county Correctional Sergeant; DARYL HOVEY, Butte County correctional Lieutenant; KORY L. HONEA, Butte County Sheriff-Coroner; and DOES 1-20, | Complaint Filed: 3/16/15 |
| Defendants. | |

Plaintiff NANCY ROTHSTEIN and Defendant COUNTY OF BUTTE HEREBY STIPULATE AND AGREE that Defendant COUNTY OF BUTTE and all other Defendants may have until August 20, 2016, to file a responsive pleading to Plaintiff's Complaint. This extension will allow all parties the opportunity to conduct a settlement conference on August 5, 2016 in front of United States Magistrate Judge Kendall J. Newman. This is the first stipulation for an extension of time between the parties.

{01561613.DOCX}    1
**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1 **IT IS SO STIPULATED AND AGREED.**

3  Dated:  June 21, 2016                           PORTER SCOTT
                                                  A PROFESSIONAL CORPORATION

                                                  By _/s/Stephen E. Horan
                                                         Stephen E. Horan
                                                         Adam DeBow
                                                         Attorneys for Defendant
                                                         COUNTY OF BUTTE

10 Dated: June 20, 2016                            LAW OFFICE OF STEWART KATZ

                                                  By _/s/Stewart Katz (Authorized 6/20/16)
                                                         Stewart Katz
                                                         Attorney for Plaintiff
                                                         NANCY ROTHSTEIN

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01561613.DOCX}                                   2
**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**ORDER**

IT IS ORDERED, that Defendant, BUTTE COUNTY and ALL OTHER DEFENDANTS are granted an extension of time until August 20, 2016 to file a responsive pleading to Plaintiff's complaint.

Dated: June 21, 2016

_____
Troy L. Nunley
United States District Judge

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706