| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ**<br>STEWART KATZ, State Bar #127425<br>555 University Avenue, Suite 270<br>Sacramento, California 95825<br>Telephone: (916) 444-5678 | **PORTER SCOTT**<br>**A PROFESSIONAL CORPORATION**<br>Stephen E. Horan, SBN 125241<br>Adam DeBow, SBN 305809<br>350 University Avenue, Suite 200<br>Sacramento, California 95825<br>TEL: 916.929.1481 • FAX: 916.927.3706 |
| **LAW OFFICE OF KRISTA C. GEDDES**<br>KRISTA GEDDES, State Bar #288657<br>2261 Saint George Lane, Suite F<br>Chico, CA 95926<br>Telephone: (530) 774-2359<br>*Attorneys for Plaintiff* | **OFFICE OF THE COUNTY COUNSEL**<br>**COUNTY OF BUTTE**<br>Bruce S. Alpert, SBN 75684<br>25 County Center Drive, Suite 201<br>Oroville, CA 95965<br>TEL: 530.538.7621 • FAX: 530.538.6891<br>*Attorneys for Defendant, COUNTY OF BUTTE* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ROTHSTEIN,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF BUTTE; SHANNON JENNINGS, Butte County Correctional Officer; TIMOTHY HILL, former Butte County Correctional Officer; DARYL HOVEY, Butte County Correctional Lieutenant; KORY L. HONEA, Butte County Sheriff-Coroner; and DOES 1-20.<br><br>        Defendants.<br>_____/ | NO. 2:16-cv-00918-TLN-CMK<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff NANCY ROTHSTEIN and Defendants COUNTY OF BUTTE, SHANNON JENNINGS, TIMOTHY HILL, DARYL HOVEY and KORY L. HONEA, by and through their undersigned counsel, that any and all claims against Defendants COUNTY OF BUTTE, SHANNON JENNINGS,

Stipulation for Dismissal; Order                                                                                                          1

1  TIMOTHY HILL, DARYL HOVEY and KORY L. HONEA be dismissed with prejudice

2  pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

3       Each party is to bear its/their own fees and costs, including all attorneys' fees.

4

5  Dated: September 2, 2016               LAW OFFICE OF STEWART KATZ

6                                        /s/ Stewart Katz
7                                        STEWART KATZ,
                                         Attorneys for Plaintiff
8

9  Dated: September 2, 2016               LAW OFFICE OF KRISTA C. GEDDES
10
                                         /s/ Krista C. Geddes
11                                       KRISTA C. GEDDES
                                         Attorneys for Plaintiff
12

13

14 Dated:  September 2, 2016              PORTER SCOTT
                                         A PROFESSIONAL CORPORATION
15

16                                       /s/ Stephen H. Horan
                                         STEPHEN H. HORAN
17                                       ADAM DeBOW
                                         Attorneys for Defendant
18                                       COUNTY OF BUTTE

19

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

Stipulation for Dismissal; Order                                                       2

**ORDER DISMISSING ACTION**

  **IT IS SO ORDERED.**  This action against Defendants COUNTY OF BUTTE, SHANNON JENNINGS, TIMOTHY HILL, DARYL HOVEY and KORY L. HONEA is dismissed with prejudice.  All parties to bear its/their own attorneys' fees and costs.

Dated: September 6, 2016

                Troy L. Nunley
                United States District Judge